UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              Case No.: 17-17216-LMI
Zuanette Kercado
Arturo C. Perez                                     Chapter 13
Debtor.

_____/

### DEBTORS' MOTION TO REDUCE PREJUDICE PERIOD
### AND/OR MOTION TO REOPEN CASE

The Debtors, Zuanette Kercado and Arturo C. Perez ("Debtors"), by and through the undersigned counsel, hereby file Debtors' Motion to Reduce Prejudice Period and/or Motion to Reopen Case and in support the Debtors state:

1. The Debtors' homestead located at 4451 S.W. 154th Place, Miami, FL 33185 ("the real property") is set to be sold at a foreclosure sale on November 21, 2017 by first mortgage servicer Caliber Home Loans, Inc. ("Creditor"). The Debtors filed the voluntary chapter 13 petition on June 8, 2017 and the case was dismissed pre-confirmation on August 14, 2017 [ECF No. 28].

2. According to the information provided to this office, a failure of communication arose between the Debtors and Debtors' Counsel of Record. The change in circumstances are that the Debtors are now represented by the undersigned counsel and seek to complete the MMM program in hopes of modifying the first mortgage regarding the real property. The Creditor indicated its interests was secured by a first mortgage on the real property for $225,080.58. The Debtors' valuation of the real property is $305,166.00 [ECF No. 7].

3. The Debtors reside at the real property with their 2 minor children.

### CONCLUSION

The Debtors respectfully request that this Honorable Court (i) grant the motion to reduce prejudice period and/or motion to reopen case and/or (ii) award any further relief this Honorable Court deems just and proper.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am qualified to practice before this Court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this October 23, 2017 to:

CM/ECF
Madam Trustee Nancy Neidich, Esquire
Standing Chapter 13 Trustee
P.O. Box 279806
Miramar, FL 33027

CM/ECF and first-class US Mail
Caliber Home Loans, Inc.
c/o Brian L. Rosaler, Esq.
Popkin & Rosaler, P.A.
1701 West Hillsboro Boulevard, Suite 400
Deerfield Beach, FL 33442
*Counsel of Record for Caliber Home Loans, Inc. ECF No. 7*

        Respectfully submitted,

        SAGRE LAW FIRM, P.A.
        Attorney for Debtors
        5201 Blue Lagoon Drive, Suite 923
        Miami, FL 33126
        Telephone: (305) 266-5999, Facsimile: (305) 265-6623
        E-Mail: law@sagrelawfirm.com

    By:  /s/ Ariel Sagre_____
        ARIEL SAGRE, ESQ.
        Florida Bar No.: 557447